IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-60900-CIV-COHN/SNOW

MICROSOFT CORPORATION,
a Washington corporation,

    Plaintiff,

v.

COMPUGLOBE INC., a Florida corporation;
and CHRIS NEITA, an individual,

    Defendants.
_____/

## STIPULATED PRELIMINARY INJUNCTION

Plaintiff, Microsoft Corporation ("Microsoft"), and Defendants, Compuglobe, Inc. and Chris Neita (collectively, the "Defendants"), hereby stipulate and agree that Defendants, along with their agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are **PRELIMINARILY ENJOINED AND RESTRAINED DURING THE PENDENCY OF THIS ACTION** from:

(a) infringing Microsoft's software programs and components of software programs, or items protected by Microsoft's registered trademarks and service marks, including, but not limited to, the following Trademark Registration Nos.:

    (1) 1,200,236 ("MICROSOFT");

    (2) 1,256,083 ("MICROSOFT");

    (3) 1,872,264 ("WINDOWS");

    (4) 2,744,843 (COLORED FLAG DESIGN);

    (5) 1,475,795 ("POWERPOINT");

(6) 1,741,086 ("MICROSOFT ACCESS");

(7) 2,188,125 ("OUTLOOK"); and

(8) 2,999,281 (COLOR FOUR SQUARE LOGO);

or the software programs and software components, or items protected by the following Certificate of Copyright Registration No.:

(1) TX 5-407-055 ("Windows XP Professional");

(2) TX 5-837-617 ("Office Professional 2003");

(3) TX 5-837-636 ("Office Excel 2003");

(4) TX 5-900-087 ("Office Outlook 2003");

(5) TX 5-852-649 ("Office PowerPoint 2003");

(6) TX 5-837-618 ("Publisher 2003");

(7) TX 5-877-513 ("Business Contact Manager for Outlook 2003");

(8) TX 5-900-088 ("Office Word 2003"); and

(9) TX 5-901-713 ("Access 2003");

and any other software programs, software components, or items now or hereafter protected by any of Microsoft's trademarks or copyrights;

(b) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any infringing software program, software program component, item or thing bearing any infringing simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service marks, including, but not limited to, the Trademark, Service Mark, and Copyright Registration Nos. listed in Paragraph (a) above;

CASE NO.: 07-60900-CIV-COHN/SNOW
STIPULATED PRELIMINARY INJUNCTION

(c) using any infringing simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks, service marks, or copyright including, but not limited to, the Trademark, Service Mark, and Copyright Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, software component, item or thing not authorized or licensed by Microsoft;

(d) using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, software component, or item has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is not true in fact;

(e) using the names, logos, or other variations thereof of any of Microsoft's copyright and/or trademark-protected software programs in any of Defendants' trade or corporate names;

(f) engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service marks and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service marks and/or copyrights, or constituting any dilution of Microsoft's name, reputation, or goodwill;

(g) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (f) above.

The parties agree to dispense with the need to have Microsoft post a bond.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

CASE NO.: 07-60900-CIV-COHN/SNOW
STIPULATED PRELIMINARY INJUNCTION

SO STIPULATED:

HOLLAND & KNIGHT LLP
Attorneys for Plaintiff
701 Brickell Avenue, 30th Floor
Miami, Florida 33131
Telephone: (305) 374-8500
Fax: (305) 789-7799


By  /s/ Eduardo A. Ramos
      Eduardo A. Ramos
      Florida Bar No. 189944
      E-Mail: eduardo.ramos@hklaw.com


SEIDLER, ALDER, MATTHEWMAN & BLOCH, P.A.
*Attorneys for Defendants*
2300 Glades Road, Suite 340 West
Boca Raton, Florida 33431-8534
Telephone: (561) 416-0170
Fax: (561) 416-0171

By    /s/ Joel B. Rothman
      Joel B. Rothman
      Florida Bar No.: 0098220
      E-mail: jrothman@seidenlaw.com


[REMAINDER OF PAGE INTENTIONALLY BLANK]

CASE NO.: 07-60900-CIV-COHN/SNOW
STIPULATED PRELIMINARY INJUNCTION

WHEREFORE, this matter having come before the Court on the parties' Joint Motion for Entry of Stipulated Preliminary Injunction (DE # 9), and the Court having been advised that the parties are in agreement, and having reviewed the file and determined that good cause exists for the issuance of the relief requested, it is hereby ordered and adjudged that the Stipulated Preliminary Injunction set forth above is entered against Defendants and shall be effective immediately.

**IT IS SO ORDERED.**

JAMES I. COHN
U.S. DISTRICT JUDGE FOR THE
SOUTHERN DISTRICT OF FLORIDA

DATED: July 31, 2007

# 4698643_v1